IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHOPMAN'S LOCAL UNION 502 PENSION FUND, et al., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-5776 |
| | : | |
| SAMUEL GROSSI & SONS, INC., et al., | : | |
| Defendants. | : | |

**O R D E R**

AND NOW, this   6th   day of January, 2022, upon consideration of Plaintiffs' Motion for Leave to File a Second Amended Complaint (ECF No. 34), Defendants' Memorandum of Law in Opposition to the Motion to Amend Complaint (ECF No. 35) and Plaintiff's Reply Memorandum of Law in Support of Their Motion for Leave to File a Second Amended Complaint (ECF No. 43), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that the Motion is **GRANTED.   IT IS FURTHER ORDERED** that Plaintiff shall file its Second Amended Complaint substantially in the form attached to its Motion within ten (10) days of the date of entry this Order.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge