IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHOPMAN'S LOCAL UNION 502 PENSION FUND, et al., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 20-cv-5776 |
| | : | |
| SAMUEL GROSSI & SONS, INC., et al., | : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this __13TH__ day of January, 2022, upon consideration of Plaintiffs' Motion to Compel Discovery Responses (ECF No. 46), Defendants' response thereto (ECF No. 47), and Plaintiffs' reply in support (ECF No. 54), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. Defendants shall produce any remaining discoverable materials responsive to Requests for Production (RFP) Numbers 1 through 10, 15 through 28, 30, 32, 34, 37, 38, 42 through 53 and revise their respective responses to certify that, to their knowledge, all such documents have been produced or that they have no such documents.

2. Defendants shall produce discoverable materials responsive to RFP Numbers 11 through 14 and 35, subject to the limitations set forth in the accompanying Memorandum.

3. Defendants need not produce materials responsive to RFP Numbers 29, 31, 33, 36 and 39 through 41.

4. Defendant Samuel Grossi & Sons, Inc. shall produce all materials and revised RFP responses within 14 days.

5. Defendants E&R Erectors, Inc. and Bensalem Steel Erectors, Inc. shall produce all materials and revised RFP responses within 30 days.

                                        BY THE COURT:

                                        /s/ Lynne A. Sitarski
                                       LYNNE A. SITARSKI
                                        United States Magistrate Judge